IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14-00021-CR-W-BP-1 |
| ) | |
| JAMES P. ROBERTS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on Defendant's Motion to Suppress Evidence Seized in Violation of his Constitutional Rights and Motion to Suppress his Statements made in the Residence. (Doc. 29.) Magistrate Judge Sarah W. Hays has recommended that Defendant's Motion be denied. Defendant objects.

After an independent and careful review, the Court **OVERRULES** Defendant's objection, (Doc. 43), and **ADOPTS** Judge Hays' Report and Recommendation, (Doc. 39). Defendant's Motion to Suppress, (Doc. 29), is hereby **DENIED**.

**IT IS SO ORDERED.**

/s/Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

DATE:     12/8/2014